IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KENDRICK DESHAWN BAILEY | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-78 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Kendrick Deshawn Bailey, a prisoner confined at the Huntsville Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On March 11, 2026, the magistrate judge recommended denying Petitioner's Motion for Leave to Proceed *In Forma Pauperis*. Proper notice was given to Petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the report and recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 9] is ADOPTED. Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Dkt. 2] is DENIED.  Petitioner shall pay the $5.00 filing fee within thirty days of the date of this Order.

**SIGNED this 20th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge